In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00022-CV**
_____

**IN THE INTEREST OF B.F.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-234,240**

**MEMORANDUM OPINION**

On January 26, 2023, T.F. filed a notice of appeal in Trial Court Cause Number C-234,240. We questioned whether we had jurisdiction over the appeal, and we warned the appellant that we would dismiss the appeal for lack of jurisdiction unless she filed a response showing grounds for continuing the appeal.

Subsequently, T.F. failed to file a response.[1] We find that when T.F. filed the notice of appeal, she could not effectively invoke this Court's appellate jurisdiction

_____

[1]It is not clear what order, if any, T.F. wished to appeal. We have addressed appeals arising from Trial Court Cause Number C-234,240 on two prior occasions. In 2020, we affirmed an order terminating T.F.'s parental rights to her minor child,

1

over Trial Court Cause Number C-234,240.[2] Additionally, the appellant failed to comply with the notice from the Clerk which required her to file a response to the notice the Court sent to her by February 21 sufficient to show the grounds that justified continuing her appeal.[3]

T.F. failed to file a timely notice of appeal and failed to comply with the notice from the Clerk. Accordingly, the appeal is dismissed.[4]

APPEAL DISMISSED.

PER CURIAM

Submitted on March 29, 2023
Opinion Delivered March 30, 2023

Before Horton, Johnson and Wright, JJ.

---

B.F. *See In re B.F.*, No. 09-20-00154-CV, 2020 WL 66600961 (Tex. App.—Beaumont Nov. 12, 2020, no pet.). In 2022 we dismissed T.F.'s attempted appeal from an order dismissing Trial Court Cause Number C-234,240. *See In re B.F.*, No. 09-22-00220-CV, 2022 WL 3651990 (Tex. App.—Beaumont Aug. 25, 2022, no pet.). The notice of appeal T.F. filed in 2023 did not identify an order from which her notice of appeal would have been timely, and it did not identify an order from which she would have had standing to appeal since the trial court had previously signed an order terminating her parental rights.

[2]*See* Tex. R. App. P. 26.1; *see also id.* 42.3(a).
[3]*See id.* 42.3(c).
[4]*See id.* 42.3(a), (c), 43.2(f).